FILED:  June 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-4164**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

TAHJI ANTONIO ELEY

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed June 2, 2023, as follows:

On page 7, in the final sentence, the word "according" is corrected to "accordingly."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk